| Defendant | Employed As | At Location |
|---|---|---|
| Lieutenant Albert #3502 | Shift Supervisor (Chief Adm. Off.) | Same as Above |
| Lieutenant Purtle | Adjustment-Committee Reviewing Officer / I.D.O.C. | Same as Above |
| Lieutenant Andrew Wilson #4727 | Adjustment-Committee Chairman / I.D.O.C./C.O. | Same as Above |
| Lieutenant Jeffery D. Broshears | Same as Above | Same as Above |
| Lieutenant Craig S. Mitchell | Same as Above | Same as Above |
| Lieutenant Korando | Correctional Officer For The Illinois Department of Corrections (Reviewing Officer) | Same as Above |
| Major Wine | Shift Supervisor (Chief Adm. Off.) | Same as Above |
| Ronald J. Meek* | District 4 - Deputy Director For The Illinois Department of Corrections | 1301 Concordia Court - P.O. Box 19277 Springfield, Ill. 62794 |
| N. Pitts* | Hearing Investigator | Menard Maximum Correctional Center P.O. Box 711 Menard, Ill. 62259 |
| Micheal R. Locke | Adjustment-Committee Member Illinois Department of Corrections Correctional Officer | Same as Above |

| Defendant | Employed As | At Location |
|---|---|---|
| Martin M. Tovar | Same as Above | Same as Above |
| Minh T. Scott | Same as Above | Same as Above |
| Jason P. Vasquez | Same as Above | Same as Above |
| Mr. Martin | Assistant Chief Administrative Officer — (Warden Asst.) — | Same as Above |
| Charles L. Hinsley | Chief Administrative Officer — (Warden) — | Same as Above |
| Eugene McAdory* | Same as Above | Same as Above |
| Alan M. Uchtman* | Same as Above | Same as Above |
| Mr./Ms. Malle* | — (Shift Supervisor (Chief Adm. Off.)) — | Same as Above |
| Major William Spiller* | Adjustment-Committee Reviewing Officer/I.D.O.C. | Same as Above |
| Patricia Luers* | Paralegal/Law Librarian | Same as Above |
| Pamela Grubman* | Health Care Administrator | Same as Above |
| Dr. Chapman* | — Head Dentist — | Same as Above |

| Defendant | Employed As | At Location |
|---|---|---|
| R. McTaggart* | Correctional Officer For The Illinois Department of Corrections | Same As Above |
| R. Cowan | Hearing Investigator | Same As Above |
| Debbi Middendorf | Grievance Officer | Same As Above |
| Richard D. Moore | Same As Above | Same As Above |
| Tyrone Murray | Grievance Officer/Illinois Department of Corrections — Correctional Officer | Same As Above |
| Terri L. Anderson* | Administrative Review Board — Chairperson — Office of Inmate Issues | 1301 Concordia Court, P.O. Box 19277, Springfield, Illinois 62794 |
| Roger E. Walker Jr.* | The Director for the Illinois Department of Corrections | Same As Above |
| Wexford Health Services* | Menard Correctional Health — Care Service Provider — | Menard Maximum Correctional Center P.O. Box 711 Menard, Ill. 62259 |
| Ms. Jackie Miller* | Administrative Review Board — Chairperson — Office of Inmate Issues | 1301 Concordia Court, P.O. Box 19277, Springfield, Illinois 62794 |

| Defendant | Employed As | At Location |
|---|---|---|
| Illinois Department of Corrections* | Illinois Department of Corrections | Same As Above |
| American Federation of State, County, Municipal, — Employees —* | The Union — Local 1175 and its affiliate Chapters Representing Illinois Correction — Officials — | Currently Unknown |
| Mr. Forsting (Sgt.)* | Correctional Officer/Counselor | Menard Maximum Correctional Center P.O. Box 711 Menard, Ill. 62259 |
| Mr. N. Schwarz* | Counselor (CCII) | Same as Above |
| Ms. Owens* | Same As Above | Same As Above |
| Mr. D. Hennrich* | Same As Above — (Clinical-Field Svcs.) — | Same As Above |
| Mrs. Linda Goforth* | Counselor (CCII) | Same As Above |
| Ms. Howie* | Correctional Officer/Counselor | Same As Above |
| Mr. Hartman* | Counselor | Pinckneyville Correctional Center, P.O. Box 999, Pinckneyville, Illinois 62274 |

| Defendant | Employed As | At Location |
|---|---|---|
| Mr. P. Peek* | Correctional Officer For The Illinois Department of Corrections | Same as Above |
| Mr. Grant* | Same as Above | Same as Above |
| Federico Fernandez* | Adjustment-Committee Member — Illinois Department of Corrections (Same as Above) (Correctional Officer) | |
| Thomas L. Grace (Lieutenant)* | Adjustment-Committee Chairman / I.D.O.C. / C.O. | Same as Above |
| Mr. Hill #12094* | Correctional Officer | Same as Above |
| Kenneth G. Bartley* | Chief Administrative Officer — (Warden) — | Same as Above |
| Lieutenant Carriker* | Shift Supervisor — (Chief Adm. Off.) — | Same as Above |
| Lieutenant D. Sanders* | Adjustment-Committee Reviewing Officer / I.D.O.C. | Same as Above |
| Lieutenant J. Townley* | Segregation-Unit Officer Head | Same as Above |
| Lieutenant Green* | Correctional Officer For The Illinois Dept. of Corrections | Same as Above |

| Defendant | Employed As | At Location |
|---|---|---|
| Mr. Stewart (Sgt.)* | Correctional Officer for the Illinois Department of Corrections | Same As Above |
| Mr. Hubler ("Hublen")* | Lieutenant - Committee Review Ofc. | Same As Above |
| Wilber G. Pursell* | Grievance Officer | Same As Above |
| Ms. C. Crow* | Correctional Officer | Same As Above |
| Dean Blades* | Same As Above | Same As Above |
| Derrek Cleland* | Same As Above | Same As Above |
| Teresa Kibro* | Same As Above | Same As Above |
| Colleen A. Rennison* | Paralegal / Law Librarian | Same As Above |
| Mr. Bebout* | Shift Supervisor - Lieutenant | Same As Above |

(1.) In addition, Briggs respectfully request leave to include a violation of his Constitutional First Amendment under the United States Constitution. Briggs is not claiming a violation of his Fourth - Fifth - Sixth - and Fourteenth Amendment rights, but does concede that in some instances procedural due process was not adhered to by correctional officials. The only violation of Briggs civil rights have occurred under the 1st and 8th Amendments.

## Federal Tort Claims' Complaint Under 28 U.S.C. §§ 1346, 2671-2680.

On June 1st, 2005, Briggs mailed to Defendant Immigration and Naturalization Services his affidavitized statement demonstrating a request to agreeably reconcile hindering him and his wife and son, from appropriate progress, as an American family, under the laws & Constitution to the United States of America. Because this defendant failed to correspond within 90-days, Briggs proceeded with a secondary follow-up Letter attesting to the same on September 1, 2005. Defendant Immigration

and Naturalization Services sent Briggs a response sometime in March of 2006, attempting to defer responsibility of Briggs concerns, upon its affiliate known as the Homeland Security Agency of I.N.S. This Briggs deems as non-responsive and evasive.

-(5f)-

TO: The Administrative Review Board, at Post Office Box 19277, in Springfield, Illinois 62794-9277.

FROM: Isaac Briggs (a/k/a Josef Dupree #B73562), a Committed Person at the Pinckneyville Correctional Center, 5835 State Route 154 - P.O. Box 999, in Pinckneyville, Illinois 62274.

In Re: IDR-6/10/06 and Grievances-6/16/06 & 6/26/06.

To Whom It May Concern,

On June 21st of 2006, I officially forwarded a copy of the enclosed Grievance-6/16/06, on to the office, of the Grievance Officer at the Pinckneyville Correctional Center. The same occurred for Grievance-6/26/06 but on a different date respective of

the counselor's response. Therefore, to respect D.R. 504 sixty day statute-of-limitations I am enclosing copies of said grievances for A.R.B. resolution. Please timely receive these items and rule on them justly and equitably. Thank you very much for your time and cooperation.

August 11, 2006.

Very truly yours,

/s/ Isaac Briggs

State of Illinois )
County of Perry  )

### Affidavit

I, Isaac Briggs, swear upon oath and depose that the statements mentioned above is accurate and true to the best of my knowledge and belief pursuant to Section 1-109 of the Code of Civil Procedure.

/s/ Isaac Briggs

Subscribed and sworn to before me this 12 Day of Aug 2006

Colleen A. Rennison
(Notary)

"OFFICIAL SEAL"
Colleen A. Rennison
Notary Public, State of Illinois
My Commission Exp. 08/20/2006

## V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

To Bring all mentioned Defendants before a fair cross-section of Jurors forming a Jury. That during pre-trial phase all mentioned Defendants Assets in the nature of Real estate properties - Automobiles - Boats - Commodities - Certificate of Deposits - Various Bonds (Mutual & Junk) - And Stocks - inheritances - And Safe Deposit Boxes - Insurance Funds - Be Frozen pending Jury Adjudication. That I Be Granted a Court-Order To Sufficiently Access the law library resources as long as I'm confined and litigating this issue. And that if I am Awarded a Jury verdict in favor of the Plaintiff, the Court exercises a Writ of Execution on the Assessment of the Jury's Compensatory & Punitive Damages to be enforced immediately in lieu of any attempt to appeal. That any Remitters Requests Be Denied Respectfully.

## VI. JURY DEMAND (check one box below)

The plaintiff does ☒   does not ☐   request a trial by jury. (See Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 30 day of August, 2006.

/s/ Isaac Briggs
Signature of Plaintiff

/s/ Isaac Briggs (Pro Se)
Signature of attorney, if any

Rev. 2/00

- 6 -

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Isaac Briggs
(a/k/a Josef Dupree #B73562)
Plaintiff/Petitioner(s),

-vs-

Robert R. Dixon, et al.,
Immigration and Naturalization
Services
Defendant/Respondent(s).

Case No. 05-CV-266-DRH (Reinstated As Amended)
(To be supplied by the Clerk)

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Isaac Briggs, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:  (X) Civil Rights  ( ) Habeas Corpus  ( ) Appeal

1. Are you presently employed?  Yes ( )  No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   
   N/A

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.
   
   January of 1999 @ $7.50/hr @ 40 hr/wk

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )  No (X)
   b. Rent payments, interest or dividends?              Yes ( )  No (X)
   c. Pensions, annuities or life insurance payments?    Yes ( )  No (X)
   d. Gifts or inheritances?                             Yes ( )  No (X)
   e. Any other sources?                                 Yes ( )  No (X)

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account? Yes ( ) No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
My wife Difina Briggs and two sons Ali I. Briggs and Isaac Parker-Briggs Jr. Due to incarceration, I'm currently unable to support them.

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration? Yes (X)  No ( )

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name: Briggs -v- Hangrett, et al.   Case Number: 02-CV-04917
   Court: U.S. Dist. Ct., N.D., Ill.   Date filed: June of 2002
   Claims raised: Excessive and Brute Force

   Result: Lossed on 2/28/06 & Is currently to be Briefed on Appeal

Rev. 2/00

- 2 -

2. Case name:_____  Case Number:_____

   Court:_____  N/A  Date filed:_____

   Claims raised:_____

   _____

   Result:_____

3. Case name:_____  Case Number:_____

   Court:_____  N/A  Date filed:_____

   Claims raised:_____

   _____

   Result:_____

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

9/30/06
Date

_Isaac Briggs_
Signature of Plaintiff/Petitioner

Date: 8/15/2006  
Time: 11:17am  
d_list_inmate_trans_statement_composite

Case 3:05-cv-00266-DRH  Document 98-1  Filed 10/25/06  Page 14 of 15  Page ID #174

Pinckneyville Correctional Center  
Trust Fund  
View Transactions

Page 1

**Inmate:** B73562 Dupree, Josef         **Housing Unit:** PNK-R3-A -18

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 16.95 |
| 01/03/06 | Point of Sale | 60 Commissary | 003724 | 321817 | Commissary | -16.88 | .07 |
| 01/17/06 | Payroll | 20 Payroll Adjustment | 017175 | | P/R month of 12/2005 | 9.18 | 9.25 |
| 01/26/06 | Disbursements | 81 Legal Postage | 026341 | Chk #45930 | 215989, IBF Postage, Inv. Date: 01/05/2006 | -3.95 | 5.30 |
| 01/26/06 | Disbursements | 81 Legal Postage | 026341 | Chk #45930 | 215987, IBF Postage, Inv. Date: 01/05/2006 | -.60 | 4.70 |
| 01/26/06 | Disbursements | 81 Legal Postage | 026341 | Chk #45930 | 215985, IBF Postage, Inv. Date: 01/05/2006 | -3.85 | .85 |
| 01/26/06 | Disbursements | 81 Legal Postage | 026341 | Chk #45930 | 215988, IBF Postage, Inv. Date: 01/05/2006 | -.83 | .02 |
| 02/08/06 | Mail Room | 01 MO/Checks (Not Held) | 039240 | 07819084157 | Briggs, Safina | 12.00 | 12.02 |
| 02/09/06 | Payroll | 20 Payroll Adjustment | 040175 | | P/R month of 01/2006 | 4.00 | 16.02 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045341 | Chk #46064 | 216128, IBF Postage, Inv. Date: 01/06/2006 | -.37 | 15.65 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045341 | Chk #46064 | 216127, IBF Postage, Inv. Date: 01/06/2006 | -1.29 | 14.36 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045341 | Chk #46064 | 217854, IBF Postage, Inv. Date: 02/06/2006 | -.39 | 13.97 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045341 | Chk #46064 | 217412, IBF Postage, Inv. Date: 01/26/2006 | -1.59 | 12.38 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045341 | Chk #46064 | 216126, IBF Postage, Inv. Date: 01/06/2006 | -3.85 | 8.53 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045341 | Chk #46064 | 217690, IBF Postage, Inv. Date: 02/02/2006 | -.39 | 8.14 |
| 02/15/06 | Mail Room | 01 MO/Checks (Not Held) | 046240 | 08216501220 | Briggs, Safina | 25.00 | 33.14 |
| 02/21/06 | Point of Sale | 60 Commissary | 052724 | 326786 | Commissary | -28.84 | 4.30 |
| 02/27/06 | Disbursements | 84 Library | 058341 | Chk #46181 | 217135, DOC - Library Copies, Inv. Date: 01/23/2006 | -.45 | 3.85 |
| 02/27/06 | Disbursements | 84 Library | 058341 | Chk #46181 | 217107, DOC - Library Copies, Inv. Date: 01/23/2006 | -1.50 | 2.35 |
| 02/27/06 | Disbursements | 80 Postage | 058341 | Chk #46183 | 217981, IBF Postage, Inv. Date: 02/15/2006 | -.24 | 2.11 |
| 03/10/06 | Payroll | 20 Payroll Adjustment | 069175 | | P/R month of 02/2006 | 9.52 | 11.63 |
| 03/13/06 | Disbursements | 81 Legal Postage | 072341 | Chk #46318 | 218256, IBF Postage, Inv. Date: 03/13/2006 | -.02 | 11.61 |
| 03/13/06 | Disbursements | 81 Legal Postage | 072341 | Chk #46318 | 218256, IBF Postage, Inv. Date: 03/13/2006 | -.02 | 11.59 |
| 03/17/06 | Point of Sale | 60 Commissary | 076719 | 330265 | Commissary | -11.43 | .16 |
| 04/14/06 | Payroll | 20 Payroll Adjustment | 104175 | | P/R month of 03/2006 | 9.18 | 9.34 |
| 04/17/06 | Point of Sale | 60 Commissary | 107713 | 333809 | Commissary | -5.83 | 3.51 |
| 04/17/06 | Disbursements | 84 Library | 107341 | Chk #46638 | 218622, DOC - Library Copies, Inv. Date: 04/13/2006 | -.85 | 2.66 |
| 04/17/06 | Disbursements | 81 Legal Postage | 107341 | Chk #46658 | 218533, IBF Postage, Inv. Date: 04/07/2006 | -.39 | 2.27 |
| 04/17/06 | Disbursements | 81 Legal Postage | 107341 | Chk #46658 | 218383, IBF Postage, Inv. Date: 03/29/2006 | -.63 | 1.64 |
| 04/17/06 | Disbursements | 81 Legal Postage | 107341 | Chk #46658 | 218510, IBF Postage, Inv. Date: 04/06/2006 | -.63 | 1.01 |
| 04/17/06 | Disbursements | 81 Legal Postage | 107341 | Chk #46658 | 218458, IBF Postage, Inv. Date: 04/03/2006 | -.87 | .14 |
| 05/11/06 | Payroll | 20 Payroll Adjustment | 131175 | | P/R month of 04/2006 | 11.57 | 11.71 |
| 05/12/06 | Disbursements | 81 Legal Postage | 132341 | Chk #46968 | 218870, IBF Postage, Inv. Date: 05/03/2006 | -.87 | 10.84 |
| 05/16/06 | Point of Sale | 60 Commissary | 136724 | 337231 | Commissary | -10.82 | .02 |
| 06/12/06 | Mail Room | 01 MO/Checks (Not Held) | 163248 | 48481631341 | Briggs, Safina | 10.00 | 10.02 |
| 06/14/06 | Disbursements | 81 Legal Postage | 165341 | Chk #47217 | 219174, IBF Postage, Inv. Date: 06/02/2006 | -.87 | 9.15 |
| 06/14/06 | Disbursements | 81 Legal Postage | 165341 | Chk #47217 | 219079, IBF Postage, Inv. Date: 05/23/2006 | -1.74 | 7.41 |

Date: 8/15/2006  
Time: 11:17am  
d_list_inmate_trans_statement_composite

Pinckneyville Correctional Center  
**Trust Fund**  
View Transactions

Page 2

**Inmate:** B73562 Dupree, Josef  **Housing Unit:** PNK-R3-A -18

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/15/06 | Payroll | 20 Payroll Adjustment | 166175 | | P/R month of 05/2006 | | 15.00 | 22.41 |
| 06/20/06 | Point of Sale | 60 Commissary | 171732 | 341427 | Commissary | | -6.44 | 15.97 |
| 06/27/06 | Disbursements | 81 Legal Postage | 178341 | Chk #47350 | 219302, IBF Postage, | Inv. Date: | -.96 | 15.01 |
| | | | | | 06/16/2006 | | | |
| 07/11/06 | Payroll | 20 Payroll Adjustment | 192175 | | P/R month of 06/2006 | | 4.50 | 19.51 |
| 07/13/06 | Point of Sale | 60 Commissary | 194758 | 344226 | Commissary | | -14.73 | 4.78 |
| 07/24/06 | Point of Sale | 60 Commissary | 205732 | 345366 | Commissary | | -4.67 | .11 |
| 08/11/06 | Payroll | 20 Payroll Adjustment | 223175 | | P/R month of 07/2006 | | 10.63 | 10.74 |
| 08/14/06 | Disbursements | 81 Legal Postage | 226341 | Chk #47726 | 219687, IBF Postage, | Inv. Date: | -.48 | 10.26 |
| | | | | | 07/31/2006 | | | |

| | |
|---|---|
| Total Inmate Funds: | 10.26 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 10.26 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

On 8/19/06 - Debit of $6.90 (Photocopies)  
On 8/26/06 - Debit of $12.15 (Photocopies)  
On 9/2/06 - Debit of $3.60 (Photocopies)  
Less Funds Restricted = $20.65  

Current Funds Available = -$10.39

/s/ Josef Briggs 9/5/06