IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ISAAC BRIGGS,** | ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. **05-266-DRH** |
| **ROBERT R. DIXON, et al.,** | ) ) |
| Defendants. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, counsels' Motions to Withdraw **(Docs. 51 & 52)** are **GRANTED.**

Greg A. Hunziker and Michelle N. Schneiderheinze are granted leave to withdraw as attorneys for defendant Chapman.

R. Shelton Frey remains as counsel of record for defendant Chapman.

**IT IS SO ORDERED.**

**DATED: May 14, 2007.**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U.S. MAGISTRATE JUDGE**