IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ISAAC BRIGGS, #B-73562**

**Plaintiff,**

**v.**

**ROBERT R. DIXON, et al.,**

**Defendants.**                                          **No. 05-CV-266-DRH**

### ORDER

**HERNDON, District Judge:**

  Plaintiff Isaac Briggs ("Plaintiff"), an inmate in the custody of the Illinois Department of Corrections, filed an amended complaint (Doc. 28.) alleging that Defendants acted with deliberate indifference regarding his need for dental and medical care while he was incarcerated at Menard Correctional Center. At this point, only Courts 14 and 15 of Plaintiff's amended complaint remain. (*See* Doc. 30.) On February 16, 2007, Defendants Pamela Grubman, Linda Goforth and Vickie Howie filed a motion to dismiss Plaintiff's amended complaint. (Doc. 42.)

  This matter now comes before the Court on a Report and Recommendation (the "Report") issued by U.S. Magistrate Judge Clifford J. Proud on June 19, 2007 pursuant to **28 U.S.C. § 636(b)(1)(B)**. (Doc. 61.) Magistrate Judge Proud's Report recommends that the motion to dismiss filed by Defendants Grubman, Goforth, and Howie be denied. (*Id.*)

  Under **Rule 73.1 of the Local Rules of the Southern District of**

**Illinois**, the parties had ten days in which to serve and file written objections to the Report. As of this date, no objections have been filed. The ten-day period in which parties may file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review. *Thomas v. Arn*, **474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Proud's Report (Doc. 61), and **DENIES** Defendants' motion to dismiss Plaintiff's amended complaint. (Doc. 42.)

**IT IS SO ORDERED.**

Signed this 10th day of July, 2007.

/s/      David   RHerndon
**United States District Judge**