IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ISAAC BRIGGS, #B-73562**

**Plaintiff,**

**v.**

**PAMELA GRUBMAN, et al.,**

**Defendants.**                                    **No. 05-CV-266-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Defendants' Motion to Substitute Counsel. (Doc. 64.) The Court, being fully advised in the premises, **GRANTS** Defendants' motion. (Doc. 64.) Former Assistant Attorney General Eric J. Rieckenberg is **WITHDRAWN** as counsel for Defendants in this matter and **REPLACED** by Assistant Attorney General Joseph N. Rupcich.

**IT IS SO ORDERED.**

Signed this 2nd day of August, 2007.

/s/     David   RHerndon
**United States District Judge**